# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mitch Taebel,<br><br>    Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>    Defendants. | NO. CV-21-01294-PHX-ROS (CDB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 28, 2021, judgment is hereby entered and this case is dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

October 28, 2021

By   s/ S. Strong
     Deputy Clerk